IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-675C |
| | ) | (Judge Wheeler) |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Franklin E. White Jr. as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Franklin E. White, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: October 2, 2006

/s/
Franklin E. White, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-307-6289

**CERTIFICATE OF FILING**

I hereby certify that on the 2nd day of October, 2006, a copy of the foregoing "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Franklin E. White Jr.