IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. 06-675C (Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 1, 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including January 11, 2007, within which to file and serve its response to the complaint. Our response is currently due on November 27, 2006. This is our first request for an enlargement of time. Defendant's counsel has discussed this request with plaintiff's counsel, who represented that plaintiff consents to the requested enlargement.

As explained below, the parties anticipate that plaintiff BearingPoint, Inc. ("BP") will file a substantially amended complaint shortly before or after the current deadline for the Government's response to BP's complaint. The requested enlargement of time is warranted. An enlargement will relieve the Government of the unnecessary burden of responding to BP's current complaint, in a situation in which it appears likely that the Government's efforts would be wasted in responding to a pleading when it is anticipated that the pleading will be thoroughly amended. In addition, an enlargement will provide adequate time for the Government to prepare and file its response to BP's anticipated amended complaint.

In January 2004, BP was awarded Blanket Purchase Agreement No. 73873 ("BPA") by

the DOI to implement the DOI's Financial and Business Management System ("FBMS"), a multi-phased department-wide deployment to replace older, disparate software systems with an integrated platform for most DOI business functions, including travel, accounting, procurement, and personnel. Among other individual task orders awarded to BP pursuant to the BPA, in September 2004, the DOI awarded Task Order 3 to BP. Task Order 3 required BP to implement certain functions of the FBMS in three component offices of the DOI – the Minerals Management Service ("MMS"), the Office of Surface Mining, Reclamation, and Enforcement ("OSM"), Bureau of Land Management ("BLM") – by October 2005.

On September 29, 2005, the DOI issued a termination for cause notice relating to Task Order 3, in which it stated that the task order was being terminated because of BP's failure to perform and failure to provide adequate assurances of performance. Subsequently, on October 27, 2005, the DOI issued a termination for cause notice relating to the remainder of the BPA for, among other reasons, failure to make adequate progress and failure to provide adequate assurances of performance.

BP initiated this non-monetary action on September 26, 2006. In its current complaint, BP alleges that the DOI's contracting officer lacked authority to terminate, or, alternatively, improperly terminated both Task Order 3 and the BPA. In its Prayer for Relief, BP requests that the Court declare unlawful both of the DOI's termination notices, and order that both terminations be converted to terminations for the convenience of the Government. See Compl. at 54-55.

Apart from the matters raised in BP's current complaint, in July 2006, BP submitted to the DOI's contracting officer a certified claim in which it seeks approximately $20 million in

damages under alternative theories of recovery. In a letter dated August 8, 2006, the contracting officer informed BP, pursuant to FAR Part 33.211, that the Government would issue its final decision upon BP's money claims "on or about November 15, 2006." Based upon consultation with plaintiff's counsel, defendant anticipates that, should BP's pending claims be denied on November 15, plaintiff will expeditiously file an amended complaint in this Court. It is anticipated that the proposed 45-day enlargement of time will provide adequate time for the Government to prepare and file its response to an amended complaint.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-6462

Attorneys for Defendant

November 3, 2006

CERTIFICATE OF FILING

I hereby certify that on November 3, 2006, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Franklin E. White Jr.

FRANKLIN E. WHITE, JR.