# EXHIBIT B

# Tab 6—Terms and Conditions

## 6.0 Terms and Conditions

As requested by the DOI's FBMS RFQ Clarification Questions and Answers, BearingPoint has completed Enclosure 4, Terms and Conditions, with all currently available information.

Additionally, World Wide Technology, Inc. (CTA) has completed Enclosure 4, Terms and Conditions, with all currently available information.

**BearingPoint's Terms and Conditions**

## ENCLOSURE 4
## TERMS AND CONDITIONS

## SECTION 4.1—SUPPLIES/SERVICES AND PRICE/COST

### 4.1.1 SUPPLIES/SERVICES

The Department of the Interior (DOI) requires a Contractor to supply an enterprise-wide financial and business management system solution as detailed in Enclosure 1 of this Request for Quotations (RFQ).

### 4.1.2 GSA Schedule Contract #70

DOI intends to use FAR Part 8 procedures to issue a Blanket Purchase Agreement (BPA) against General Services Administration (GSA) Federal Supply Schedule(s) #70 "GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE, AND SERVICES" for this Project. During the course of the Project, Task Orders for equipment, software, and services will be issued under the BPA.

### 4.1.3 PRICE/OFFER SCHEDULE

The Government requires a Blanket Purchase Agreement (BPA) with Firm, Fixed Prices for equipment, software, and services. For proposal purposes, the Offeror should include pricing for the base year and all nine option-years. The Offeror shall propose a price that is representative of the skill required and work to be performed under this BPA. Offerors may propose their own pricing and payment schedule for this acquisition.

## SECTION 4.2—PACKAGING AND MARKING

### 4.2.1 DELIVERABLES

Markings and delivery locations for deliverables specified in Task Order(s) under the BPA, such as equipment, services, reports and documentation, will be communicated to the Contractor as required by the COTR.

## SECTION 4.3—INSPECTION AND ACCEPTANCE

### 4.3.1 PERFORMANCE MEASURES

The Performance Measures in the Contractor's Quality Assurance and Surveillance Plan (QASP) will be mutually agreed upon by the Government and the Contractor thirty (30) days after contract award, and incorporated herein. They will be reviewed on a

regularly agreed to schedule. Adjustments or additional Performance Measures may be identified for any Task Order(s) issued under the BPA and will be incorporated therein.

### 4.3.2 REPORTING

#### 4.3.2.1 General Services Administration

Performance under this BPA will be reported to GSA in accordance with any requirements in the Contractor's GSA Federal Supply Schedule Contract # GS-35F-4338D.

#### 4.3.2.2 Department of the Interior

Performance under the DOI BPA shall be reported to DOI as mutually agreed upon by DOI and the Contractor and incorporated in the BPA. Additional reporting requirements may be identified for any Task Order(s) issued under the BPA and will be incorporated therein.

### 4.3.3 INSPECTION

Final inspection and acceptance of all work performed under the BPA, including equipment, reports, and other deliverables will be performed by the DOI COTR at the place(s) of delivery and according to the inspection procedures to be determined by the DOI COTR and incorporated in the BPA and any Task Order(s) issued under the BPA.

## SECTION 4.4—DELIVERIES OR PERFORMANCE

### 4.4.1 PERIOD OF PERFORMANCE

The base year period of performance for the BPA shall begin on January 1, 2004 and end on September 30, 2004. Option year performance shall be as follows:

Option Year I: October 1, 2004 to September 30, 2005
Option Year 2: October 1, 2005 to September 30, 2006
Option Year 3: October 1, 2006 to September 30, 2007
Option Year 4: October 1, 2007 to September 30, 2008
Option Year 5: October 1, 2008 to September 30, 2009
Option Year 6: October 1, 2009 to September 30, 2010
Option Year 7: October 1, 2010 to September 30, 2011
Option Year 8: October 1, 2011 to September 30, 2012
Option Year 9: October 1, 2012 to September 30, 2013

For all deliverables and milestones for all activities under the BPA and any Task Order(s) issued under the BPA, the Contractor shall, at a minimum, comply with milestones stated in Enclosure 1 and its proposal and Statement of Work, unless a modification to the BPA and any Task Order(s) issued under the BPA is negotiated extending the performance period.

Use or disclosure of the data contained on this page is subject to the restrictions on the title page of this proposal.

#### 4.4.2 PLACE OF PERFORMANCE

Work under this Task Order shall be performed at the Government's site to be determined by the DOI COTR, and at the Contractor's site, as identified in its proposal.

#### 4.4.3 DELIVERABLES

The deliverables under the BPA and any Task Order(s) issued under the BPA will be determined by mutual agreement of the Government and the Contractor and incorporated herein. For all deliverables the Contractor shall, at a minimum, comply with milestones stated in Enclosure 1 and its proposal as incorporated in the BPA. Additional deliverables may be identified for any Task Order(s) issued under the BPA and will be incorporated therein.

#### 4.4.4 EXERCISE OF BPA AND TASK ORDER OPTIONS AND/OR OPTION YEARS

Options and/or option years included in the BPA and any Task Order(s) issued under the BPA may only be exercised if the Contractor's GSA Federal Supply Schedule Contract # GS-35F-4338D, Modification # 6, remains in full force and effect. In no instance, may options be exercised after September 30, 2013. All performance under the BPA must be completed by no later than September 30, 2013, unless the Contractor's GSA Federal Supply Schedule Contract has been modified to extend the period of performance.

### SECTION 4.5—BPA AND TASK ORDER ADMINISTRATION

#### 4.5.1 CONTRACTING OFFICER TECHNICAL REPRESENTATIVE(S) (COTRs)

The responsibilities of the Contracting Officer's Technical Representative(s) (COTRs) are detailed in the Contractor's GSA Federal Supply Schedule Contract # GS-35F-4338D, Modification # 6. Activity/sub-task COTRs may be assigned as deemed necessary. Notice of these assignments shall be provided to the Contractor and Contracting Officer in writing, and incorporated via modification to this Task Order.

DOI COTR: ______________________

Name: ______________________

Phone: ______________________

Fax: ______________________

E-mail: ______________________

Organization: ______________________

Address: ______________________

### 4.5.2 INVOICES

Minerals Management Services
Procurement Operations Branch
381 Eldon Street MS 2510
Herndon, VA 20170

## SECTION 4.6—SPECIAL DOI REQUIREMENTS

### 4.6.1 AUTHORITY

DOI authorizes award of the BPA under GSA Federal Supply Schedule Contract # GS-35F-4338D, Modification # 6, dated January 29, 2003.

### 4.6.2 KEY PERSONNEL

Key personnel shall be identified in the Contractor's proposal and be incorporated by name into the BPA at time of award. Additional key personnel may be identified for any Task Order(s) issued under the BPA and will be incorporated therein.

### 4.6.3 NOTICE OF CHANGES TO CONTRACTOR'S GSA SCHEDULE

The Contractor shall provide 120 days written notice to DOI of any anticipated changes to its GSA Federal Supply Schedule Contract # GS-35F-4338D, Modification # 6, dated January 29, 2003.

### 4.6.4 MAINTENANCE FOR DOI SOFTWARE VERSIONS

Maintenance for Contractor-provided COTS products and application software customized specifically for DOI must be available for the entire BPA term of the project regardless of future enhancements and upgrades made to these products and application software by the Contractor for the commercial market, but not ordered by the DOI for this project.

### 4.6.5 ORGANIZATIONAL CONFLICT OF INTEREST

(a) *Definition.* "Organizational conflict of interest," as used in this clause, means that because of other activities or relationships with other persons, a person is unable or potentially unable to render impartial assistance or advice to the Government, or the person's objectivity in performing the contract work is or might be otherwise impaired, or a person has an unfair competitive advantage.

(b) *Disclosure.* By submission of this offer, offeror represents that it is not aware of any information bearing on the existence of any actual or potential organizational conflict of interest in connection with this RFQ No. 73873, except as herein provided in the following disclosure statement.

(1) This disclosure statement submitted with this offer describes all relevant information concerning any past, present, or planned interests bearing on whether this firm (including its chief executives and directors, or any proposed consultant or subcontractor) may have a potential organizational conflict of interest. List any potential

Use or disclosure of the data contained on this page is
subject to the restrictions on the title page of this proposal.

organizational conflict of interest in the space provide below. If no potential conflicts exist, list "NONE."

____________None______________________________________________

(2) The offeror agrees that if awarded a task order under this RFQ that, throughout the life of the task order, immediate notification will be provided to the contracting officer if at any time a potential or actual conflict becomes known to this firm.

(c) *Policy guidance.* FAR Subpart 9.5 and the Department of the Interior Acquisition Regulation Subpart 1409.5 contain the policies and procedures for avoiding, neutralizing, or mitigating organizational conflicts of interest, and may be used as guidance by an offeror in determining an appropriate course of action.

### 4.6.6 NEW WORK

The Contractor performing the BPA and Task Order(s) issued there under may be required to perform additional tasks related to the work identified in Enclosure 1. The Government reserves the right to include additional work that is deemed as within the scope of the BPA.

### 4.6.7 BPA TERMS AND CONDITIONS

Terms and conditions of the Contractor's GSA Federal Supply Schedule Contract # GS-35F-4338D, Modification # 6, dated January 29, 2003, apply to this BPA and any Task Order(s) issued under the BPA.

### 4.6.8 SECTION 508 REQUIREMENT

All electronic and information technology (EIT) procured through the BPA must meet the applicable accessibility standards at 36 CFR 1194, unless an agency exception to this requirement exists (36 CFR 1194 implements Section 508 of the Rehabilitation Act of 1973, as amended, and is viewable at http://www.access-board.gov/sec508/508standards.htm—PART 1194).

The following standards have been determined to be applicable to this contract:

__X__ 1194.21 Software applications and operating systems.

__X__ 1194.22 Web-based Intranet and Internet information and applications.

__X__ 1194.23 Telecommunications products.

_____ 1194.24 Video and multimedia products.

_____ 1194.25 Self contained, closed products.

_____ 1194.26 Desktop and portable computers.

The standards do not require the *installation* of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

#### 4.6.9 DOI SECURITY REQUIREMENTS

The Contractor shall ensure adequate LAN/Internet, data, information, and system security in accordance with DOI standard operating procedures and standard contract language, conditions laws, and regulations. The Contractor's firewall and web server shall meet or exceed the government minimum requirements for security. All government data shall be protected behind an approved firewall. Any security violations or attempted violations shall be reported to the DOI Project Manager and DOI Information Security Officer as soon as possible. The Contractor shall follow all applicable DOI policies and procedures governing information security, especially those that pertain to certification accreditation.

##### 4.6.9.1 COMPUTER SECURITY REQUIREMENTS

a. The Contractor must meet the requirements of 0MB Circular A-130, Appendix III, the Computer Security Act of 1987, and the U.S. Department of the Interior security procedures. Technological safeguards and managerial procedures shall be applied to assure that DOI programs and data do not differ from their source format and content, and have not been accidentally or maliciously altered, disclosed, or destroyed; and that DOI clients, users assets, organizational assets, and individual privacy are protected.

b. The Contractor's facility must be physically secure and access must be controlled and limited to personnel with appropriate need.

c. All Contractor personnel dealing with DOI data must have clearances appropriate for processing sensitive, proprietary, and mission critical data.

d. The Contractor's facility must be available to authorized DOI personnel to conduct reviews and inspections on a periodic basis.

##### 4.6.9.2 DATA INTEGRITY AND SECURITY

Data pertaining to other contracts/services reside on information technology systems used by the Department of the Interior. The contractor shall not divulge this information or use this information for the contractor's gain or shall not divulge any information to any other without written permission from the Director, Office of the Chief Information Officer.

Use or disclosure of the data contained on this page is subject to the restrictions on the title page of this proposal.

**4.6.9.3 RELEASES OF INFORMATION**

a. Disclosure of information gained as a result of work performed under this contract shall be accomplished according to DOI procedures. As used in this clause, the term "information" includes raw data, data derivative there from, and analysis or interpretations thereof, regardless of form. The term includes data developed or acquired by the Contractor during performance of this contract.

b. The Contractor hereby agrees not to disclose such information to the public or to unauthorized parties without the prior written approval of the Contracting Officer. This restriction does not apply to releases of information to Subcontractors as necessary for successful performance of this contract provided that the Subcontractor agrees to be bound by the restrictions in this clause.

**4.6.9.4 LIMITED DISTRIBUTION OR USE OF CERTAIN DATA AND INFORMATION**

a. Performance of this contract may require the Contractor to have access to and use of data and information which may be considered proprietary by other customers, or which may otherwise be of such nature that its dissemination or use, other than in performance of this contract, would be adverse to the interests of the Government and others.

b. The Contractor agrees that Contractor personnel will not divulge or release data or information developed or obtained in connection with the performance of this contract except to authorized Government personnel or upon written approval of the Contracting Officer.

**4.6.9.5 SECURITY REQUIREMENTS—U.S. Department of the Interior (DOI)**

In accordance with the U.S. Department of the Interior security policy and Office of Management and Budget Directives, all contractor employees that have been identified as Risk and Sensitivity Designations working on U.S. Department of the Interior requirements, must be granted a U.S. Department of the Interior security clearance prior to commencement of work, unless such is temporarily waived by the agency Security Officer.

(a) Personnel Clearances—The Contractor shall furnish to the DOI, Office of Security the following Bureau-supplied document on each person who will be directly associated with the requirement:

(1) Form OMB No.3206-1082—Declaration of Federal Employment
(2) Form OMB No.3206-0191—Questionnaire for Public Trust Positions
(3) Form OPM -SF 87—FBI Applicant Fingerprint Card
(4) Resume of Employee

Additional security forms necessary for final clearance will then be provided to the successful offeror with a Conditional Notice of Award for each employee listed.

(b) Access Security Clearance—All individuals requiring access to the DOI shall complete and submit the required security investigative forms (security packet), to the COTR within 10 calendar days for use by the DOI, Office of Security.

(c) DOI Security—The DOI reserves the right to deny access to its facilities and/or security systems [...] to any individual about which an adverse suitability determination is made. Failure to submit the required security investigation packet or to truthfully answer all questions contained in security investigation packets shall constitute grounds for denial of access clearance.

(d) Contractor Responsibilities—The Contractor shall not provide access to employees, or subcontract employees, until written access clearance is provided by the Personnel Security Branch, Office of Security, U.S. Department of the Interior. Contractors and subcontractors are responsible for reporting all changes concerning any of their employees, which may affect the suitability of their employees for access to the DOI or placement in any of these positions including additions, or deletions, to the COTR within five (5) calendar days of the occurrence of the change.

(e) COTR Responsibilities—The COTR shall maintain a current listing of access requirements and provide that information to the Personnel Security Branch, U.S. Department of the Interior. The Personnel Security Branch will inform the COTR of all access denials. Denial of access does not preclude employment of the individual concerned by the Contractor in any capacity not associated with the contract.

(f) Changes to Security Requirements—If, subsequent to the date of award of this contract) the security requirements are changed by the Government, and the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of the contract, the contract shall be adjusted as if the changes were directed under the Changes clause of the contract.

(g) Contractor Badges—U.S. Department of the Interior security badges will be issued to all contractor staff located at DOI facilities.

**4.6.10 CAPABILITY MATURITY MODEL FOR SOFTWARE**

The organizational entity, within the contractor organization, that will be performing the work required by the SOW shall have been assessed at CMM Level 2 or higher by an external assessment team led by a Software Engineering Institute (SEI) certified Lead Assessor. These processes and procedures shall be flowed-down to partners and subcontractors on the project.