# EXHIBIT C

# ORDER FOR SUPPLIES OR SERVICES

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

1 | PAGE 1 OF 3 PAGES

1. DATE OF ORDER: 09/20/2004
2. CONTRACT NO. *(if any)*: BPA73873/GS35F4338D
3. ORDER NO.: 0404DO37408
4. REQUISITION/REFERENCE NO.:
5. ISSUING OFFICE *(Address correspondence to)*:
   Minerals Management Service GovWorks (Franchise)
   381 Elden Street, MS 2510
   Herndon VA 20170-4817

6. SHIP TO:
   a. NAME OF CONSIGNEE: See Line Item Extended Description
   b. STREET ADDRESS: See line item description
   c. CITY:
   d. STATE:
   e. ZIP CODE:
   f. SHIP VIA:

7. TO:
   a. NAME OF CONTRACTOR: ATTN: Susan Wearing
   b. COMPANY NAME: Bearingpoint, Inc.
   c. STREET ADDRESS: dba KPMG Consulting, Inc., 1676 International Dr.
   d. CITY: McLean
   e. STATE: VA
   f. ZIP CODE: 22102

8. TYPE OF ORDER
   - ☐ a. PURCHASE
     REFERENCE YOUR:
     Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
   - ☒ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
   04- -5B-2510R57- -252J- - - - - - - - - -

10. REQUISITIONING OFFICE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
   ☐ a. SMALL ☑ b. OTHER THAN SMALL ☐ c. DISADVANTAGED ☐ d. WOMEN-OWNED

12. F.O.B. POINT: Destination

13. PLACE OF
   a. INSPECTION:
   b. ACCEPTANCE:

14. GOVERNMENT B/L NO.:

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 12/31/2005

16. DISCOUNT TERMS
   10 days %
   20 days %
   30 days %
   30 days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | SEE LINE ITEM DETAIL | | | | | |

*SEE BILLING INSTRUCTIONS ON REVERSE*

18. SHIPPING POINT:
19. GROSS SHIPPING WEIGHT:
20. INVOICE NO.:

17(h) TOT. *(Cont. pages)*

21. MAIL INVOICE TO: invoices@govworks.gov
   a. NAME: Minerals Management Service, INVOICE TEAM
   b. STREET ADDRESS *(or P.O. Box)*: 381 Elden Street, MS 2500
   c. CITY: Herndon
   d. STATE: VA
   e. ZIP CODE: 20170-4817

$7,800,000.00 17(i) GRAND TOTAL

22. UNITED STATES OF AMERICA BY *(Signature)*: James E. MacKay 9/20/04

23. NAME *(Typed)*: James E. MacKay
   TITLE: CONTRACTING/ORDERING OFFICER

NSN 7540-01-152-8083 OPTIONAL FORM 347 (REV. 6/95)

SEP-20-2004 15:44 MMS HERNDON 703 787 1106 P.02

## SUPPLEMENTAL INVOICING INFORMATION

PAGE NO. 2 of 3

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $______. No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided; contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit ce, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs ed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOV'T REP. | DATE |
|---|---|---|---|---|---|
| | FINAL | | | | |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NO. | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

PAGE NO. 3 of 3

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 09/20/2004 | BPA73873/GS35F4338D | 0404DO37408 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | *Funding Document #s: RU390087 = $485,230.00*<br>*RU49W0158 = $2,000,000.00*<br>*RU49W0157 = $794,213.00*<br>*RU49W0159 = $4,390,557.00*<br>*RU490102W = $150,000.00*<br>Add Funding for Task 03<br><br>The Contractor shall perform this Task Order Number 37408 under BPA73873/GS35F4338D in accordance with the contractor's proposal titled Task Order 03 dated September 17, 2004, and the general terms and conditions of the above referenced contract. The aforementioned proposal is hereby incorporated into this document with the same force and effect as if included in full text.<br><br>The period of performance for this Task Order is August 1, 2004 to December 31, 2005. It is the Government intent to award this order in individual segments. This first segment will provide funds to complete the deliverable "Deployment 2A Baseline Complete" due on November 24, 2004, including Services, Travel ILS(DSL) Hardware and Holdback.<br><br>Travel = $645,143.00<br>ILS(DSL) Hardware =$ 58,252.00<br>Services =$7,096,605.00<br><br>Total = $7,800,000.00<br><br>*Delivery Date* 12/31/2005 *Start Date* 08/01/2004 *End Date* 12/31/2005<br><br>*Please contact James E. Mackay(703)787-1351with any contractual questions.* | 1.00 | job | 7,800,000.000 | 7,800,000.00 | |

*TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17i)* → $7,800,000.00

# EXHIBIT D

GovWorks
FEDERAL ACQUISITION CENTER
Government working with government.

September 29, 2005

Ms. Virginia Baxter
BearingPoint, Inc.
1676 International Drive
McLean, VA 22101

Reference: (a) Task Order 0404DO37408, "Task Order 3"
(b) Cure Notice, dated August 23, 2005

Subject: Termination for Cause Notice, Task Order 0404DO37408, for the U. S. Department of the Interior, Financial and Business Management System Project

Dear Ms. Baxter:

A. *Effective Date of Termination.* You are hereby notified that Task Order 0404DO37408 is terminated completely for cause in accordance with FAR 52.212-4, paragraph (m) -- Contract Terms and Conditions -- Commercial Items. The termination is effective immediately upon receipt of this notice.

B. *Reasons for Termination.* Task Order 3, Reference (a) is being terminated for cause because of BearingPoint's failure to perform and failure to provide the Government adequate assurance of future performance as outlined in Reference (b). I have carefully considered your contentions of excusable delay and found them to be largely without merit. I will address each point in detail by separate correspondence.

C. *Remedies.* The Government's preferred remedies will be to acquire similar services and items from another contractor and to charge BearingPoint with any excess reprocurement costs together with any incidental or consequential damages incurred. The Government reserves all rights and remedies provided by law or under the task order, in addition to charging excess costs. The Government is not liable to BearingPoint for any amount of supplies or services not accepted.

D. *Cessation of Work and Notification to Immediate Subcontractors.* You shall take the following steps:
1. Stop all work, make no further deliveries, and place no further orders relating to Task Order 3.
2. Keep adequate records of your compliance with paragraph 1 above showing the i) date you received the notice of termination, ii) effective date of the termination; and iii) extent of completion of performance on the effective date.

Subject: Termination for Cause Notice, Task Order 0404DO37408, for the U.S. Department of the Interior, Financial and Business Management System Project

3. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice, i) specify your Government contract number, ii) state whether the contract has been terminated completely or partially, iii) provide instructions to stop all work, make no further shipments or deliveries, place no further orders, and terminate all subcontracts under the contract, iv) request that similar notices and instructions be given to its immediate subcontractors.
4. Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under Task Order 3, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this notice.
5. Take any other actions required by the Contracting Officer or under the termination clause in Task Order 3.

E. *Termination Inventory*. As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontracting termination inventory that you have the right to take.

F. *Special Instructions*.

1. All BearingPoint personnel and subcontractors shall take all personal belongings and promptly exit the building. Hard copies of documents should be left at workstations. At the exit, DOI-issued identification badge, building access badge, keys, and any other government property in their possession shall be returned to the DOI FBMS personnel or the guards stationed at the exit. The property being returned shall clearly identify the BearingPoint employee or subcontractor returning the property. All personnel shall exit through the front doors of the building only.

2. All electronic files related to this project in the possession of all BearingPoint personnel and subcontractors and not relinquished when exiting the duty station shall be forwarded to BearingPoint for consolidation. These electronic files shall be consolidated onto compact disks and forwarded to the DOI COTR, Mike Johnston, to arrive no later that October 14, 2005.

3. The CDs of electronic files should be clearly marked with the name of the BearingPoint employee or subcontractor who provided the files. BearingPoint shall return all Government property from their employees and subcontractors who are offsite to the COTR not later than October 14, 2005.

G. *Settlements with Subcontractors*. You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible.

Subject: Termination for Cause Notice, Task Order 0404DO37408, for the U.S. Department of the Interior, Financial and Business Management System Project

H. *Patents.* If required by Task Order 3 promptly forward the following to the Contracting Officer, not later than October 14, 2005:
   1. Disclosure of all inventions, discoveries and patent applications made in the performance of Task Order 3.
   2. Instruments of license or assignments on all inventions, discoveries and patent applications made in the performance of Task Order 3.

I. *Employees Affected.*
   1. If this termination, together with other outstanding terminations, will necessitate a significant reduction in your workforce, you are urged to i) promptly inform the local State Employment Service of your reduction in force schedule in numbers and occupation, so that the Service can take timely action in assisting displaced workers; ii) give affected employees notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices; iii) advise affected employees to file applications with the state employment service to qualify for unemployment insurance if necessary; iv) inform officials of local unions having agreements with you of the impending reduction in force; and v) inform the local Chamber of Commerce and other appropriate organization which are prepared to offer practical assistance in finding employment for displaced workers of the pending reduction in force.
   2. If applicable, urge subcontractors to take similar actions to those described in subparagraph 1 above.

J. *Administrative.* The Contracting Officer, Aprell Joyce, will be in charge of the settlement of this termination. Matters not covered by this notice, should be brought to her attention. If you have any questions regarding this notice please contact me via e-mail at Aprell.Joyce@mms.gov or 703-787-1163.

K. *Appeal.* This notice constitutes a Contracting Officer's final decision. You may appeal this decision, under the Disputes clause, to the Interior Board of Contract Appeals. If you decide to appeal, you must, within ninety days from the date you receive this decision, mail or otherwise furnish written notice to the Interior Appeals Board and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the task order by number. With regard to appeals to the Interior Board of Contract Appeals, you may, solely at your election, proceed under the Board's small claim procedure for claims of $50,000 or less or its

Subject: Termination for Cause Notice, Task Order 0404DO37408, for the U.S. Department of the Interior, Financial and Business Management System Project

accelerated procedure for claims of $100,000 or less. Instead of appealing to the Interior Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within twelve months of the date you receive this decision.

Please acknowledge receipt of this notice.

Sincerely,

Aprell Joyce
Contracting Officer

ACKNOWLEDGEMENT OF NOTICE
The undersigned acknowledges receipt of a signed copy of this notice on ________.
Two signed copies of this notice are to be returned.

________________________________
(Company)

By ______________________________
(Name)

________________________________
(Title)

cc: GSA Contracting Officer

# EXHIBIT E

GovWorks
FEDERAL ACQUISITION CENTER
Government working with government.

CERTIFIED MAIL, RETURN RECEIPT

October 27, 2005

Ms. Susan Weersing
BearingPoint, Inc.
1676 International Drive
McLean, VA 22102

Reference: (a) Cure Notice, dated October 20, 2005

Subject: Termination for Cause Notice, Contract BPA73873, for the U. S. Department of the Interior, Financial and Business Management System

Dear Ms. Weersing:

A. *Effective Date of Termination.* You are hereby notified that the remaining balance of Contract BPA73873 is terminated for cause in accordance with FAR 52.212-4, paragraph (m) -- Contract Terms and Conditions -- Commercial Items. The termination is effective immediately upon receipt of this notice.

B. *Reasons for Termination.* The subject contract is terminated for cause because of BearingPoint's failure to (1) make adequate progress; (2) affirm the accuracy of the representations set forth in its original FBMS proposal (*e.g.*, the amount and types of software that must be provided by the Government) and its intent to be bound by its representations; (3) provide a plan of action that details how BearingPoint intends to fulfill its obligations under the BPA with respect to the remaining deployments under the BPA; and (4) provide assurances that BearingPoint will abide by its promises.

In response to your letter dated October 24, 2005, you are hereby advised that FAR Part 49 does not apply to this contract. And the Government's advertisement does not prejudge any cure that BearingPoint may propose. After repeated requests from the Government for adequate assurances, BearingPoint continues to deny its obligations to perform this contract diligently at the agreed firm-fixed price and within schedule. The Government considers BearingPoint's response to be an express and unequivocal manifestation of BearingPoint's intention not to provide its promised performance, within the time and at the cost agreed to on the bilateral award of Contract BPA 73873, awarded on January 5, 2004.

Member Interior Franchise Fund • Minerals Management Service

381 Elden Street, Mail Stop 2500, Herndon, VA 20170-4817 Phone 703-787-1400 Fax 703-787-1022
www.govworks.gov

Subject: Termination for Cause Notice, Contract BPA73873, for the U. S. Department of the Interior, Financial and Business Management System

C. *Remedies.* The Government's preferred remedies will be to acquire similar services and items from another contractor and to charge BearingPoint with any excess reprocurement costs together with any incidental or consequential damages incurred. The Government reserves all rights and remedies provided by law or under the task order, in addition to charging excess costs. The Government is not liable to BearingPoint for any amount of supplies or services not accepted.

D. *Administrative.* The Contracting Specialist, Deldridge Berry, and Termination Contracting Officer, Richard Bolick, will be in charge of the settlement of this termination. Matters not covered by this notice, should be brought to their attention. If you have any questions regarding this notice please contact Deldridge Berry via e-mail at deldridge.berry@mms.gov or 703-787-1173.

E. *Appeal.* This notice constitutes a Contracting Officer's final decision. You may appeal this decision, under the Disputes clause, to the Interior Board of Contract Appeals. If you decide to appeal, you must, within ninety days from the date you receive this decision, mail or otherwise furnish written notice to the Interior Appeals Board and provide a copy to the Contracting Officer from whose decision this appeal is taken.

Sincerely,

Aprell Joyce

Aprell Joyce
Contracting Officer

ACKNOWLEDGEMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice on ___________.
Two signed copies of this notice are to be returned.

______________________________
(Company)

By ______________________________
(Name)

______________________________
(Title)

cc: GSA Contracting Officer