# EXHIBIT I

Solicitation No. FCIS-JB-980001B - Refresh #1 with Amendments 1 through 5 Incorporated By Reference

# FEDERAL SUPPLY SCHEDULE FOR GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE, AND SERVICES FSC GROUP 70

NOTE: THIS IS A **REFRESH** OF SOLICITATION NUMBER FCIS-JB-980001B. IT IS STILL THE SAME SOLICITATION. IT CONTAINS REGULATORY UPDATES AND AMENDMENT #1 THROUGH AMENDMENT #5 HAVE BEEN INCORPORATED.

NOTE: SALES AND MAINTENANCE SERVICE MUST BE PROVIDED TO, AT A MINIMUM, THE 48 CONTIGUOUS STATES AND THE DISTRICT OF COLUMBIA

CONTRACT PERIOD: Contracts awarded under this standing solicitation will commence on the DATE OF AWARD and end five years from that date (unless contract is canceled/terminated or extended).

ANY INFORMATION THAT MAY BE DESIRED ON THIS PARTICULAR SOLICITATION CAN BE OBTAINED FROM THE ISSUING OFFICE ADDRESS SHOWN HEREIN. THE OFFER SHOULD BE SUBMITTED, IN DUPLICATE, TO THE FOLLOWING ADDRESS:

GENERAL SERVICES ADMINISTRATION
SOLICITATION NO. FCIS-JB-980001B
FSS BID ROOM (Room L-108)
1941 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202

OFFERS MUST BE SIGNED IN BLOCK 30a OF THE STANDARD FORM 1449

Many of the provisions and clauses cited in this solicitation are incorporated by reference to the appropriate section of the Federal Acquisition Regulation (FAR) or the General Services Administration Acquisition Manual (GSAM). A review of these clauses and provisions will be necessary for you to understand all aspects of the solicitation. The full text of any FAR and GSAM clauses which are incorporated by reference in this solicitation may be found in the electronic file titled IBR.DOC or they can be accessed at the following URLs:

FAR: http://www.arnet.gov/far
GSAM: http://www.arnet.gov/GSAM/gsam.html

Copies of FAR may be purchased from: Superintendent of Documents
Government Printing Office (GPO)
Washington, DC 20402

**PREPARATION, SUBMISSION, AND NEGOTIATION OF SUBCONTRACTING PLANS (GSAR 552.219-72) (SEP 1999)**

(a) An offeror, other than a small business concern, submitting an offer that exceeds $500,000 ($1,000,000 for construction) shall submit a subcontracting plan with its initial offer. The subcontracting plan will be negotiated concurrently with price and any required technical and management proposals, unless the offeror submits a previously-approved commercial products plan.

(b) Maximum practicable utilization of small, HUBZone small, small disadvantaged, and women-owned small business concerns as subcontractors is a matter of national interest with both social and economic benefits. The General Services Administration (GSA) expects that an offeror's subcontracting plan will reflect a commitment to assuring that small, HUBZone small, small disadvantaged, and women-owned small business concerns are provided the maximum practicable opportunity, consistent with efficient contract performance, to participate as subcontractors in the performance of the resulting contract. An offeror submitting a commercial products plan can reflect this commitment through subcontracting opportunities it provides that relate to the offeror's production generally; i.e., for both its commercial and Government business.

(c) GSA believes that this potential contract provides significant opportunities for the use of small, HUBZone small, small disadvantaged, and women-owned small business concerns as subcontractors. Consequently, in addressing the eleven elements described at FAR 52.219-9(d) [SEE C.2]of the clause in this contract entitled Small Business Subcontracting Plan, the offeror shall:

(1) Demonstrate that its subcontracting plan represents a creative and innovative program for involving small, HUBZone small, small disadvantaged, and women-owned small business concerns in performing the contract.

(2) Include a description of the offeror's subcontracting strategies used in any previous contracts, significant achievements, and how this plan will build upon those earlier achievements.

(3) Demonstrate through its plan that it understands the small business subcontracting program's objectives and GSA's expectations, and it is committed to taking those actions necessary to meet these goals or objectives.

(d) In determining the acceptability of any subcontracting plan, the Contracting Officer will take each of the following actions:

(1) Review the plan to verify that the offeror demonstrates an understanding of the small business subcontracting program's objectives and GSA's expectations with respect to the program and has included all the information, goals, and assurances required by FAR 52.219-9. [SEE C.2]

(2) Consider previous goals and achievements of contractors in the same industry.

(3) Consider information and potential sources obtained from agencies administering national and local preference programs and other advocacy groups in evaluating whether the goals stated in the plan adequately reflect the anticipated potential for subcontracting to small, HUBZone small, small disadvantaged, and women-owned small business concerns.

(4) Review the offeror's description of its strategies, historical performance and significant achievements in placing subcontracts for the same or similar products or services with small, HUBZone small, small disadvantaged, and women-owned small business concerns. The offeror's description can apply to commercial as well as previous Government contracts.

(e) Failure to submit an acceptable subcontracting plan and/or correct deficiencies in a plan within the time specified by the Contracting Officer shall make the offeror ineligible for award.

**SIGNIFICANT CHANGES (CP-FSS-2) (OCT 1988)**

The attention of Offeror is invited to the following changes made since the issuance of the last solicitation for the supplies/services covered herein:

1. **SOLICITATION REFRESH.** This is a refresh of the originally issued solicitation. IT IS STILL THE SAME SOLICITATION. The only changes, unless otherwise indicated are updates to the provision and clauses from the original solicitation. All amendments have been incorporated into the refreshed solicitation.

2. **RECEIPT OF OFFERS/SCHEDULE CONTRACT PERIOD.** This standing solicitation will remain in effect until replaced by an updated solicitation. There will be no closing date for receipt of offers. Therefore, offers may be submitted for consideration at any time. There is no prescribed contract beginning and ending date. Contracts awarded under this Information Technology Solicitation will have variable contract periods; i.e., contracts will be in effect for an initial period of five years from the date of award, with a possibility to extend the contract for three optional five year periods. For a possible total contract period of 20 years. See A-FSS-11 CONSIDERATION OF OFFERS UNDER STANDING SOLICITATION and I-FSS-163 OPTION TO EXTEND THE TERM OF THE CONTRACT (EVERGREEN).

3. **SOLICITATION FORMAT/CONTENTS.** This solicitation has been prepared in accordance with FAR Part 12, Acquisition of Commercial Items, which implements Title VIII of the Federal Acquisition Streamlining Act (FASA) of 1994 (Public Law 103-355), the Clinger-Cohen Act of 1996 (Public Law 104-106), and the final rule, published as General Services Administration Acquisition Regulation (GSAR) Change 76, regarding commercial item acquisitions under the Multiple Award Schedules Program. The contract format and data requirements in this solicitation differ somewhat from previous solicitations. Offerors are strongly advised to carefully review the entire solicitation document.

4. **MANDATORY ACCEPTANCE OF GOVERNMENT PURCHASE CARD.** Contractors are required to accept the Government purchase card for payments equal to or less than the micro-purchase threshold for oral or written delivery orders. Contractors are encouraged to accept the Government purchase card for orders above the micro-purchase threshold. See GSAR 552.232-77 PAYMENT BY GOVERNMENT COMMERCIAL PURCHASE CARD, ALTERNATE I. [SEEC.17]

5. **ELECTRONIC COMMERCE.** The GSA Advantage! electronic information and ordering system does encompass all of the products and services under this schedule. Contractors are be required to display product, service and pricing information on GSA Advantage!.

6. **PAST PERFORMANCE.** In order to assist the Government in assessing an Offeror's past performance, each company responding to this solicitation will be required to have Dun & Bradstreet (D&B) complete a Past Performance Evaluation Report on that firm. The request to D&B must be made prior to the submission of a proposal. Each Offeror must submit, with its proposal, a completed copy of the past performance evaluation form sent, by the Offeror, to Dun & Bradstreet. Any charges associated with the Past Performance Evaluation Report will be paid by the Offeror. See F.2 PAST PERFORMANCE and ATTACHMENT II - PAST PERFORMANCE EVALUATION REPORT BY DUN & BRADSTREET.

7. **NEW REPORTING REQUIREMENTS FOR CONTRACTOR'S REPORT OF SALES AND THE INDUSTRIAL FUNDING FEE (IFF).** This solicitation contains the following two new GSAR clauses: 552.238-74 CONTRACTOR'S REPORT OF SALES [SEE C.22], which requires sales reports to be submitted on electronic GSA Forms 72A via the Internet, and 552.238-76 INDUSTRIAL FUNDING FEE [SEE C.23], which specifies that payment is due on a calendar quarter schedule.

8. **CONTRACT SALES CRITERIA (I-FSS-598).** This clause states that a contract will not be awarded if anticipated sales are not expected to exceed $25,000. Contracts will also be canceled unless reported sales for each 12-month period from date of award are $25,000.

9. **ADDITION OF CLAUSES.** The following clauses/provisions have been added by reference to the solicitation in paragraph C.2:

| CLAUSE | CLAUSE TITLE | PARAGRAPH |
|---|---|---|
| 52.214-34 | SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE | C.46 |
| 52.214-35 | SUBMISSION OF OFFERS IN U.S. CURRENCY | C.46 |
| 52.215-6 | PLACE OF PERFORMANCE | C.2 |
| 52.232-17 | INTEREST | C.2 |
| 52.232-36 | PAYMENT BY THIRD PARTY | D.1 |
| 52.242-13 | BANKRUPTCY | C.2 |
| 52.247-38 | FOB INLAND CARRIER, COUNTRY OF EXPORTATION | C.46 |
| 552.228-70 | WORKER'S COMPENSATION LAWS | C.3 |
| C-FSS-412 | CHARACTERISTICS OF ELECTRIC CURRENT | C.46 |
| D-FSS-477 | TRANSSHIPMENTS | C.46 |
| I-FSS-314 | FOREIGN TAXES AND DUTIES | C.46 |
| I-FSS-594 | PARTS AND SERVICE | C.46 |

10. **ADDITION OF ATTACHMENTS.** To aid large businesses to draft a Small Subcontracting Business Plan, Attachment III Guideline for Small Subcontracting Business Plan.

**NOTICE: REQUESTS FOR EXPLANATION, INFORMATION AND SOLICITATION COPIES**

(a) To reduce Government costs, this solicitation is available for downloading from the Internet. Please check the Federal Supply Service (FSS) Information Technology Home Page at http://pub.fss.gsa.gov/it. Additionally, one copy of the solicitation (either paper copy or diskette) will be provided as requested. You may reproduce additional paper copies yourself, provided they are complete in every respect, or you may obtain them from the address specified in paragraph (c) below.

(b) Offerors are strongly urged to use two-sided copying of offers for submission to GSA.

(c) Oral or written requests for explanation or information regarding this solicitation should be directed to:

General Services Administration
Federal Supply Service
IT Acquisition Center (FCI)
Crystal Mall Building #4, Room 1017
1941 Jefferson Davis Highway
Arlington, VA 22202
Telephone: (703)305-3038
Facsimile: (703)305-7006, -5588, or -5586

IMPORTANT: DO NOT ADDRESS OFFERS, MODIFICATIONS, OR WITHDRAWALS TO ABOVE ADDRESS. USE THE "ADDRESS OFFER TO" ADDRESS IN PARAGRAPH A.2 OF THIS SOLICITATION.

Solicitation copies may also be obtained from the following address:

General Services Administration
FSS Bid Room (Room L-108)
1941 Jefferson Davis Highway
Arlington, VA 22202

**SECURITY EXAMINATION OF HAND-DELIVERED OFFERS (CP-FSS-20) (JAN 1998)**

(a) Offerors are advised that an offer in response to this solicitation is subject to physical examination, x-ray, or other inspection prior to acceptance at the location designated for receipt of offers. Inspection may be conducted by Government personnel or others acting on behalf of the Government. Any offer received at the address designated for receipt of offers after the date and time specified elsewhere in this solicitation for receipt of offers shall be processed in accordance with the late offers provision of this solicitation.

(b) For any hand delivered offer, whether delivered by the offeror or a courier service, the offeror must allow sufficient time to accommodate inspection by designated security personnel. To facilitate this security inspection, initial delivery to an alternate office shall be required prior to final delivery by the offeror to the address designated for receipt of offers. (CAUTION: Delivery to the security inspection point does not constitute timely delivery for receipt of offers.)

(c) The office providing security inspection is located at the following address:

Building Security Office
X-Ray Screening Room
Crystal Mall Building 3, Loading Dock
1931 Jefferson Davis Highway
Arlington, VA 22202

**PLEASE REMOVE THIS COVER PAGE(S) BEFORE SUBMITTING OFFER TO GSA.**

**THIS**

**PAGE**

**INTENTIONALLY**

**LEFT**

**BLANK**

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*Offeror to complete blocks 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER

PAGE 1 OF 138

2. CONTRACT NO. GS-35F-

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER FCIS-JB-980001B -- REFRESH #1

6. SOLICITATION ISSUE DATE 3/23/98

7. FOR SOLICITATION INFORMATION CALL: A. NAME CONTRACT SPECIALIST; B. TELEPHONE NUMBER (No Collect Calls) 703/305-3038

8. OFFER DUE DATE/ NONE

9. ISSUED BY CODE 00166

GSA/FSS/FCI

IT ACQUISITION CENTER
CRYSTAL MALL #4, ROOM 1017
1941 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202

ADDRESS OFFERS TO: SEE PARAGRAPH A.2

10. THIS ACQUISITION IS

X UNRESTRICTED

☐ SET-ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)

SIC: SEE A.3
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB X RFP ☐ RFP

15. DELIVER TO CODE

ORDERING AGENCY

16. ADMINSTERED BY CODE

SEE BLOCK 9

17a. CONTRACTOR/ CODE FACILITY CODE

DUNS No.:

TELEPHONE NO>

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE

ORDERING AGENCY

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED: ☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | *(Attach Additional Sheet as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt.Use Only)

☐ 27a. SOLICITATION INCORPORATE BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATE BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐

28. ☐ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2(TWO) COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. ☐ AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

33. SHIP NUMBER PARTIAL FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

| | |
|---|---|
| Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405. | OMB No.: 9000-0136<br>Expires: 09/30/98 |

## ACKNOWLEDGEMENT OF AMENDMENTS

Amendment #1 issued June 17, 1998 has been incorporated herein.

Amendment #2 issued February 23, 1999 has been incorporated herein.

Amendment #3 issued August 2, 1999 has been incorporated herein.

Amendment #4 issued May 4, 2000 has been incorporated herein.

Amendment #5 issued May 7, 2000 has been incorporated herein.

Solicitation Refresh #1 issued June 14, 2000, incorporating regulatory updates and all previously issued amendments.

## TABLE OF CONTENTS

A.1 INFORMATION COLLECTION REQUIREMENTS (A-FSS-40) (NOV 1999) ........ 7

A.2 ADDRESS OFFERS TO: (BLOCK 9, STANDARD FORM 1449) ........ 7

A.3 STANDARD INDUSTRIAL CLASSIFICATION (SIC) CODE AND SMALL BUSINESS SIZE STANDARD (BLOCK 10, STANDARD FORM 1449) ........ 7

B.1 ESTIMATED SALES (B-FSS-96) ........ 10

B.2 PRODUCTS AND SERVICES OFFERED/SCHEDULE OF ITEMS (BLOCKS 19 & 20, STANDARD FORM 1449) ........ 10

C.1 CONTRACT TERMS AND CONDITIONS-COMMERCIAL ITEMS (FAR 52.212-4) (MAY 1999) (TAILORED) ........ 19

C.2 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2 )(FEB 1998) ........ 22

C.3 CONTRACT TERMS AND CONDITIONS APPLICABLE TO GSA ACQUISITION OF COMMERCIAL ITEMS (GSAR 552.212-71)(SEP 1999) (FCI DEVIATION - DEC 1997) ........ 23

C.4 SCOPE OF CONTRACT (I-FCI-102) ........ 23

C.5 GUARANTEED MINIMUM (I-FSS-106)(MAY 2000) ........ 24

C.6 ORDERING (FAR 52.216-18) (DEVIATION-JAN 1994) ........ 24

C.7 PLACEMENT OF ORDERS (GSAR 552.216-72) (SEP 1999) (ALTERNATE II-SEP 1999) ........ 24

C.8 ORDER ACKNOWLEDGEMENT (G-FSS-907) (APR 1984) ........ 25

C.9 BLANKET PURCHASE AGREEMENTS (I-FSS-646) (MAY 2000) ........ 25

C.10 ORDER LIMITATIONS (FAR 52.216-19)(OCT 1995) (VARIATION I-AUG 1999) ........ 26

C.11 REQUIREMENTS EXCEEDING THE MAXIMUM ORDER (I-FSS-125) (SEP 1999) ........ 26

C.12 DELIVERY PRICES (F-FSS-202-G) (JAN 1994) ........ 27

C.13 COMMERCIAL DELIVERY SCHEDULE (MULTIPLE AWARD SCHEDULE) (GSAR 552.211-78) (FEB 1996) ........ 28

C.14 URGENT REQUIREMENTS (I-FSS-140-B)(JAN 1994) ........ 29

C.15 DELIVERIES TO THE U.S. POSTAL SERVICE (F-FSS-230) (JAN 1994) ........ 29

C.16 CONTRACTOR'S BILLING RESPONSIBILITIES (G-FSS-913 )(MAY 2000) ........ 29

C.17 PAYMENT BY GOVERNMENT COMMERCIAL PURCHASE CARD (GSAR 552.232-77) (MAR 2000) (ALTERNATE I-MAR 2000) ........ 30

C.18 IMPREST FUNDS (PETTY CASH) (I-FSS-918) (MAY 2000) ........ 30

C.19 ELECTRONIC COMMERCE-FACNET (I-FSS-599 ) (APR 1997) ........ 31

C.20 ANSI STANDARDS (C-FSS-427) (JUL 1991) ........ 32

C.21 ASSIGNMENT OF CLAIMS (552.232-23) (SEP 1999) ........ 33

## TABLE OF CONTENTS -- CONTINUED

C.22 CONTRACTOR'S REPORT OF SALES (GSAR 552.238-74) (SEP 1999) ....33

C.23 INDUSTRIAL FUNDING FEE (GSAR 552.238-76) (SEP 1999) ....34

C.24 OPTION TO EXTEND THE TERM OF THE CONTRACT (EVERGREEN) (I-FSS-163) (APR 2000) ....34

C.25 NOTICE REGARDING OPTION(S) (GSAR 552.217-71) (NOV 1992) ....35

C.26 EXAMINATION OF RECORDS BY GSA (MULTIPLE AWARD SCHEDULE) (GSAR 552.215-71) (AUG 1997) ....35

C.27 ECONOMIC PRICE ADJUSTMENT-FSS MULTIPLE AWARD SCHEDULE CONTRACTS (GSAR 552.216-70) (SEP 1999) (ALTERNATE I-SEP 1999) (FCI DEVIATION) ....35

C.28 PRICE REDUCTIONS (GSAR 552.238-75)(SEP 1999) ....36

C.29 MODIFICATIONS (MULTIPLE AWARD SCHEDULE) (GSAR 552.243-72) (SEP 1999) (FCI DEVIATION) ....37

C.30 SUBMISSION AND DISTRIBUTION OF AUTHORIZED FSS SCHEDULE PRICELISTS (GSAR 552.238-71) (SEP 1999) (FCI DEVIATION) ....39

C.31 SUBMISSION AND DISTRIBUTION OF AUTHORIZED FEDERAL SUPPLY SERVICE (FSS) INFORMATION TECHNOLOGY SCHEDULE PRICELISTS (I-FCI-600)(FEB 1999) ....40

C.32 WARRANTY-MULTIPLE AWARD SCHEDULE (FSAR 552.246-73) (MAR 2000) ....41

C.33 YEAR 2000 WARRANTY-COMMERCIAL SUPPLY ITEMS (I-FSS-550-B) (JAN 1999) ....42

C.34 DEFAULT (I-FSS-249-B) (MAY 2000) ....42

C.35 CANCELLATION (GSAR 552.238-73) (SEP 1999) ....42

C.36 LOGISTICAL SUPPORT PRIVILEGES (X-FCI-XXX) (DEC 1997) ....42

C.37 DISSEMINATION OF INFORMATION BY CONTRACTOR (I-FSS-680) (APR 1984) ....43

C.38 SERVICE OF PROTEST (FAR 52.233-2) (AUG 1996) ....43

C.39 PROTESTS FILED DIRECTLY WITH THE GENERAL SERVICES ADMINISTRATION (GSAR 552.233-70 )(MAR 2000) ....43

C.40 INDEFINITE QUANTITY (FAR 52.216-22) (OCT 1995) (VARIATION-OCT 1995) ....46

C.41 CONTRACT SALES CRITERIA (I-FSS-639) (OCT 1999) ....46

C.42 INVOICE PAYMENTS (GSAR 552.232-74) (SEP 1999) ....46

C.43 CENTRAL CONTRACTOR REGISTRATION (CCR) (I-FSS-598) (OCT 1999) ....47

C.44 VENDOR MANAGED INVENTORY (VMI) PROGRAM (MAS) (G-FSS-906) (JAN 1999) ....47

C.45 PERFORMANCE INCENTIVES (I-FSS-60) (APRIL 2000) ....48

C.46 CLAUSES FOR OVERSEAS COVERAGE (I-FCI-108) (MAY 2000) ....48

C.47 CHARACTERISTICS OF ELECTRIC CURRENT (C-FSS-412) (MAY 2000) ....48

C.48 TRANSSHIPMENTS (D-FSS-477) (APR 1984) ....48

C.49 FOREIGN TAXES AND DUTIES (I-FSS-314) (DEC 1990) ....49

C.50 PARTS AND SERVICE (I-FSS-594) (OCT 1988) ....49

## TABLE OF CONTENTS – CONTINUED

D.1 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS-COMMERCIAL ITEMS (FAR 52.212-5) (JUN 2000) (TAILORED) .............. 50

E.1 INSTRUCTIONS TO OFFERORS-COMMERCIAL ITEMS (FAR 52.212-1) (MAR 2000) is incorporated herein by reference. .............. 52

E.2 PERIOD FOR ACCEPTANCE OF OFFERS (A-FSS-12-C) (NOV 1997) .............. 52

E.3 CONSIDERATION OF OFFERS UNDER STANDING SOLICITATION (A-FSS-11) (MAR 2000) .............. 52

E.4 SUBMISSION OF OFFERS-ADDITIONAL INSTRUCTIONS (CI-FCI-2) (MAR 1996) .............. 52

E.5 PREPARATION OF OFFER (MULTIPLE AWARD SCHEDULE) (GSAR 552.212-70) (AUG 1997) .............. 53

E.6 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (FAR 52.215-20) (OCT 1997) (ALTERNATE IV-OCT 1997) (VARIATION I-SEP 1999) .............. 54

E.7 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA-MODIFICATIONS (FAR 52.215-21) (OCT 1997) (ALTERNATE IV - OCT 1997) (VARIATION I-AUG 1997) .............. 54

E.8 IDENTIFICATION OF ENERGY-EFFICIENT OFFICE EQUIPMENT AND SUPPLIES CONTAINING RECOVERED MATERIALS OR OTHER ENVIRONMENTAL ATTRIBUTES (GSAR 552.238-72) (SEP 1999) .............. 55

E.9 ENERGY EFFICIENT COMPUTER EQUIPMENT (X-FCI-XXX) .............. 56

F.1 EVALUATION-COMMERCIAL ITEMS (MULTIPLE AWARD SCHEDULE) (GSAR 552.212-73) (AUG 1997) .............. 57

F.2 PAST PERFORMANCE (X-FCI-XXX) .............. 57

F.3 DEALERS AND SUPPLIERS (I-FSS-644) (OCT 1988) .............. 57

F.4 SALES AND SERVICE REQUIREMENTS (X-FCI-XXX) .............. 57

F.5 INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES-PAST PERFORMANCE/RESPONSIBILITY DETERMINATION (X-FCI-XXX) .............. 58

F.6 GOALS FOR SUBCONTRACTING PLAN (GSAR 552.219-73) (SEP 1999) (ALTERNATE I-SEP 1999) .............. 58

F.7 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW (FAR 52.222-24) (FEB 1999) .............. 59

## TABLE OF CONTENTS -- CONTINUED

G.1 OFFEROR REPRESENTATIONS AND CERTIFICATIONS-COMMERCIAL ITEMS (FAR 52.212-3) (FEB 2000) (ALTERNATE III-JAN 1999) (DEVIATION) ..... 60

G.2 TRADE AGREEMENTS (far 52.225-5) (apr 2000) ..... 63

G.3 RESERVED ..... 65

G.4 COMMERCIAL SALES PRACTICES FORMAT (CSP-1) ..... 66

G.5 AUTHORIZED NEGOTIATORS (K-FSS-1) (MAR 1998) ..... 68

G.6 CONTACT FOR CONTRACT ADMINISTRATION (G-FCI-900-C) (DEC 1997) ..... 69

G.7 ORDERING INFORMATION (GSAR 552.216-73) (SEP 1999) (ALTERNATE II-SEP 1999) ..... 70

G.8 CONTRACTOR'S REMITTANCE (PAYMENT) ADDRESS (G-FSS-914-A) (MAY 2000) ..... 71

G.9 PLACE OF PERFORMANCE (FAR 52.215-6) (OCT 1997) ..... 71

G.10 DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (FAR 52.204-6) (JUN 1999) ..... 72

G.11 ELECTRONIC FORMAT ..... 72

G.12 EXEMPTION FROM APPLICATION OF SERVICE CONTRACT ACT PROVISIONS FOR CONTRACTS FOR MAINTENANCE, CALIBRATION, AND/OR REPAIR OF CERTAIN INFORMATION TECHNOLOGY, SCIENTIFIC AND MEDICAL AND/OR OFFICE AND BUSINESS EQUIPMENT-CONTRACTOR CERTIFICATION (FAR 52.222-48) (AUG 1996) ..... 73

G.13 COMPLIANCE WITH VETERANS EMPLOYMENT REPORTING REQUIREMENTS ..... 73

ATTACHMENT I GUIDELINES FOR FORMAT AND CONTENT OF FEDERAL SUPPLY SERVICE INFORMATION TECHNOLOGY SCHEDULE PRICELIST 74

ATTACHMENT II - PAST PERFORMANCE EVALUATION REPORT BY DUN & BRADSTREET 124

ATTACHMENT III - GUIDELINES FOR DEVELOPING A SMALL BUSINESS SUBCONTRACTING PLAN 129

## C.33 YEAR 2000 WARRANTY-COMMERCIAL SUPPLY ITEMS (I-FSS-550-B) (JAN 1999)

(a) As used in this clause, "Year 2000 compliant" means, with respect to information technology, that the information technology accurately processes date/time data (including, but not limited to, calculating, comparing and sequencing) from, into, and between the twentieth and twenty-first centuries, and the years 1999 and 2000, and leap year calculations, to the extent that other information technology used in combination with the information technology being acquired, properly exchanges date/time data with it.

(b) The Contractor shall warrant that each hardware, software, and firmware product delivered under this contract shall be able to accurately process date time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, including leap year calculations, when used in accordance with the product documentation provided by the Contractor, provided that all products (e.g. hardware, software, firmware) used in combination with products properly exchange date time data with it. If the contract requires that specific listed products must perform as a system in accordance with the foregoing warranty, then that warranty shall apply to those products as a system. The duration of this warranty and the remedies available under this warranty shall include repair or replacement of any product whose non-compliance is discovered and made known to the Contractor in writing within ninety (90) days after acceptance (installation is considered acceptance). The Contractor may offer an extended warranty to the Government to include repair or replacement of any product whose non-compliance is discovered and made known to the Contractor in writing at any time prior to June 1, 2000, or for a period of 6 months following acceptance (installation is considered acceptance) whichever is later. Nothing in this warranty shall be construed to limit any rights or remedies the Government may otherwise have under this contract with respect to defects other than Year 2000 performance.

## C.34 DEFAULT (I-FSS-249-B) (MAY 2000)

In addition to any other clause contained herein related to termination, the following is applicable to orders placed under Federal Supply Schedule contracts.

Any ordering office may, with respect to any one or more orders placed by it under the contract, exercise the same right of termination, acceptance of inferior articles or services, and assessment of excess costs as might the Contracting Officer, except that when failure to deliver articles or services is alleged by the Contractor to be excusable, the determination of whether the failure is excusable shall be made only by the Contracting Officer of the General Services Administration, to whom such allegation shall be referred by the ordering office and from whose determination appeal may be taken as provided in the clause of this contract entitled "Disputes."

## C.35 CANCELLATION (GSAR 552.238-73) (SEP 1999)

Either party may cancel this contract in whole or in part by providing written notice. The cancellation will take effect 30 calendar days after the other party receives the notice of cancellation. If the Contractor elects to cancel this contract, the Government will not reimburse the minimum guarantee.

## C.36 LOGISTICAL SUPPORT PRIVILEGES (X-FCI-XXX) (DEC 1997)

Where the Contractor may require Logistical Support in overseas areas in order to meet contract obligations, the ordering activities should obtain the required support in accordance with their applicable regulations prior to issuance of any delivery orders under this GSA contract. The Contractors will provide all the necessary information required of them by the applicable regulations in order to assist the ordering activity in obtaining the Logistical Support Privileges.