# EXHIBIT J

Solicitation No. FCIS-JB-980001-B - Refresh #19

# FEDERAL SUPPLY SCHEDULE FOR GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE, AND SERVICES FSC GROUP 70

NOTE 1: THIS IS **REFRESH NUMBER 19** OF SOLICITATION NUMBER FCIS-JB-980001-B. IT IS STILL THE SAME SOLICITATION. NOTE: REFRESH NUMBERS #5 THOUGH #8 ARE RESERVED. CHANGES ASSOCIATED WITH THIS REFRESH ARE HIGHTLIGHTED IN RED TEXT. BE ADVISED THAT 90 DAYS AFTER THE RELEASE OF A REFRESH, THE PREVIOUS REFRESH VERSION OF THIS SOLICITATION WILL BE AUTOMATICALLY REJECTED AND RETURNED TO THE OFFEROR.

NOTE 2: HARDCOPY RESPONSES TO THIS ELECTRONICALLY AVAILABLE SOLICITATION, AT A MINIMUM, MUST BE IN A FONT NO SMALLER THAN 10 CPI (characters per inch). REFER TO PARAGRAPH E.4 FOR MORE INFORMATION.

NOTE 3: SALES AND MAINTENANCE SERVICE MUST BE PROVIDED TO, AT A MINIMUM, THE 48 CONTIGUOUS STATES AND THE DISTRICT OF COLUMBIA

CONTRACT PERIOD: Contracts awarded under this standing solicitation will commence on the DATE OF AWARD and end five years from that date (unless contract is canceled/terminated or extended).

ANY INFORMATION THAT MAY BE DESIRED ON THIS PARTICULAR SOLICITATION CAN BE OBTAINED FROM THE ISSUING OFFICE ADDRESS SHOWN HEREIN. THE OFFER SHOULD BE SUBMITTED, IN DUPLICATE, TO THE FOLLOWING ADDRESS:

GSA/FSS
IT ACQUISITION CENTER
SOLICITATION NO. FCIS-JB-980001-B
ATTN.: BOOCO
2200 CRYSTAL DRIVE
CP #4, ROOM 606
ARLINGTON, VA 22202

OFFERS MUST BE SIGNED IN BLOCK 30a OF THE STANDARD FORM 1449

Many of the provisions and clauses cited in this solicitation are incorporated by reference to the appropriate section of the Federal Acquisition Regulation (FAR) or the General Services Administration Acquisition Manual (GSAM). A review of these clauses and provisions will be necessary for you to understand all aspects of the solicitation. The full text of any FAR and GSAM clauses which are incorporated by reference in this solicitation may be found in the electronic file titled IBR.DOC or they can be accessed at the following URLs:

FAR: http://www.arnet.gov/far
GSAM: http://www.arnet.gov/GSAM/gsam.html

Copies of FAR may be purchased from: Superintendent of Documents
Government Printing Office (GPO)
Washington, DC 20402

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*Offeror to complete blocks 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER

PAGE 1 OF 159

2. CONTRACT NO. GS-35F-

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER FCIS-JB-980001-B -- REFRESH #19

6. SOLICITATION ISSUE DATE 3/23/98 #19 Issued 5-12-2006

7. FOR SOLICITATION INFORMATION CALL: A. NAME CONTRACT SPECIALIST

B. TELEPHONE NUMBER (No Collect Calls) 703/605-2700

8. OFFER DUE DATE/ NONE

9. ISSUED BY CODE 06132

GSA/FSS/FCI

IT ACQUISITION CENTER
Crystal Plaza #4, Room 606
2200 Crystal Drive
ARLINGTON, VA 22202

ADDRESS OFFERS TO: SEE PARAGRAPH A.2

10. THIS ACQUISITION IS

X UNRESTRICTED

☐ SET-ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINSESS
☐ 8(A)

NAICS: SEE A.3
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB X RFP ☐ RFP

15. DELIVER TO CODE

ORDERING AGENCY

16. ADMINSTERED BY CODE

SEE BLOCK 9

17a. CONTRACTOR/ CODE FACILITY CODE

DUNS No.:

TELEPHONE NO>

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE

ORDERING AGENCY

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED:
☐ SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Do not fill in Blocks 19. through 24. This information should be provided elsewhere. *(Attach Additional Sheet as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt.Use Only)

☐ 27a. SOLICITATION INCORPORATE BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATE BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐

28. ☐ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2(TWO) COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. ☐ AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

33. SHIP NUMBER
☐ PARTIAL ☐ FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED

36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

| | |
|---|---|
| Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405. | OMB No.: 9000-0136<br>Expires: 09/30/98 |

## ACKNOWLEDGEMENT OF AMENDMENTS

Amendment #1 issued June 17, 1998 has been incorporated herein.

Amendment #2 issued February 23, 1999 has been incorporated herein.

Amendment #3 issued August 2, 1999 has been incorporated herein.

Amendment #4 issued May 4, 2000 has been incorporated herein.

Amendment #5 issued May 7, 2000 has been incorporated herein.

Solicitation Refresh #1 issued June 14, 2000, incorporating regulatory updates and all previously issued amendments.

Solicitation Refresh #2 issued October 30, 2000.

Solicitation Refresh #3 issued August 1, 2001.

Solicitation Refresh #4 issued December 3, 2001.

Refresh #5 through Refresh #8 are Reserved.

Solicitation Refresh Number #9 issued August 9, 2002.

Solicitation Refresh Number #10 issued October 1, 2002.

Solicitation Refresh #11 issued May 12, 2003.

Solicitation Refresh #12 issued September 10, 2003.

Solicitation Refresh #13 issued May 17, 2004.

Solicitation Refresh #14 issued June 14, 2004.

Solicitation Refresh #15 issued May 13, 2005.

Solicitation Refresh #16 issued July 15, 2005.

Solicitation Refresh #17 issued August 30, 2005.

Solicitation Refresh #18 issued March 17, 2006.

Solicitation Refresh #19 issued May 12, 2006.

**TABLE OF CONTENTS**

A.1 Information Collection Requirements (A-FSS-40) (Nov 1999)....7
A.2 Address Offers To: (Block 9, Standard Form 1449)....7
A.3 North American Industry Classification System (NAICS)(X-FCI-006) (May 2006)....7

B.1 Estimated Sales (B-FCI-96) (Mar 2005)....9
B.2 Products and Services Offered/Schedule of Items (Blocks 19 & 20, Standard Form 1449) (Apr 2004)....9

C.1 Contract Terms and Conditions – Commercial Items (FAR 52.212-4) (Sep 2005)) (Tailored) (Deviation – Mar 2005)....20
C.2 Clauses Incorporated By Reference (FAR 52.252-2) (Feb 1998)....24
C.3 Contract Terms and Conditions Applicable to GSA Acquisition of Commercial Items (GSAR 552.212-71) (Jul 2003) (FCI Deviation – Dec 1997)....25
C.4 Scope of Contract (Eligible Ordering Activities) (GSAR 552.238-78) (May 2004)....25
C.5 Guaranteed Minimum (I-FSS-106) (Jul 2003)....26
C.6 Ordering (FAR 52.216-18) (Oct 1995) (Variation – Oct 1995) (FCI Deviation – May 2003)....26
C.7 Placement of Orders (GSAR 552.216-72) (Sep 1999) (Alternate III – May 2004)....27
C.8 Order Acknowledgement (G-FSS-907) (Apr 1984)....27
C.9 Blanket Purchase Agreements (I-FSS-646) (May 2000)....28
C.10 Order Limitations (FAR 52.216-19)(Oct 1995)(Variation I – Aug 1999)(Deviation – Sep 2003)....28
C.11 Requirements Exceeding the Maximum Order (I-FSS-125) (Sep 1999)....29
C.12 Delivery Prices (F-FCI-202-G) (May 2003)....29
C.13 Commercial Delivery Schedule (Multiple Award Schedule) (GSAR 552.211-78) (Feb 1996) (Deviation – May 2003)....30
C.14 Urgent Requirements (I-FSS-140-B) (Jan 1994)....31
C.15 Deliveries to the U.S. Postal Service (F-FSS-230) (Jan 1994)....31
C.16 Contractor's Billing Responsibilities (GSAR 552.232-83) (May 2003)....31
C.17 Payment by Credit Card (GSAR 552.232-79) (May 2003)....32
C.18 Imprest Funds (Petty Cash) (I-FSS-918) (May 2000)....32
C.19 Electronic Commerce-FACNET (I-FSS-599) (Apr 1997)....33
C.20 ANSI Standards (C-FSS-427) (Jul 1991)....34
C.21 Assignment of Claims (GSAR 552.232-23) (Sep 1999) (Deviation – May 2003)....34
C.22 Reserved....35
C.23 Industrial Funding Fee and Sales Reporting (GSAR 552.238-74) (Jul 2003)....35
C.24 Option to Extend the Term of the Contract (Evergreen) (I-FSS-163) (Apr 2000)....36
C.25 Notice Regarding Option(s) (GSAR 552.217-71) (Nov 1992)....36
C.26 Examination of Records by GSA (Multiple Award Schedule) (GSAR 552.215-71) (Jul 2003)....37
C.27 Economic Price Adjustment – FSS Multiple Award Schedule Contracts....37

**TABLE OF CONTENTS – CONTINUED**

C.28 Price Reductions (GSAR 552.238-75) (Sep 1999) (Alternate I – May 2004) ....39
C.29 Modifications (Multiple Award Schedule) (GSAR 552.243-72) (Jul 2000) (FCI Deviation) ....40
C.30 Submission and Distribution of Authorized FSS Schedule Pricelists (GSAR 552.238-71) (Sep 1999) (FCI Deviation) (Alternate I – May 2003) ....42
C.31 Contract Price Lists (I-FCI-600) (Jul 2004) ....43
C.32 Warranty – Multiple Award Schedule (GSAR 552.246-73) (Mar 2000) (Alternate I – May 2003) ....44
C.33 RESERVED ....44
C.34 Default (I-FSS-249-B) (May 2000) ....44
C.35 Cancellation (GSAR 552.238-73) (Sep 1999) ....44
C.36 Logistical Support Privileges (X-FCI-001) (Dec 1997) ....45
C.37 Dissemination of Information by Contractor (I-FSS-680) (Apr 1984) ....45
C.38 Service of Protest (FAR 52.233-2) (Aug 1996) ....45
C.39 Protests Filed Directly with the General Services Administration (GSAR 552.233-70) (Mar 2000) ....46
C.40 Indefinite Quantity (FAR 52.216-22) (Oct 1995) (Variation - Oct 1995) (Deviation – May 2003) ....48
C.41 Contractor Sales Criteria (I-FSS-639) (Mar 2002) ....48
C.42 Invoice Payments (GSAR 552.232-74) (Sep 1999) ....48
C.43 Reserved ....49
C.44 Vendor Managed Inventory (VMI) Program (MAS) (G-FSS-906) (Jan 1999) ....49
C.45 Performance Incentives (I-FSS-60) (Apr 2000) ....49
C.46 Clauses for Overseas Coverage (I-FCI-108) (Apr 2004) ....50
C.47 Characteristics for Electric Current (C-FSS-412) (May 2000) ....50
C.48 Transshipments (D-FSS-477) (Apr 1984) ....50
C.49 Foreign Taxes and Duties (I-FCI-314) (May 2003) ....50
C.50 Parts and Service (I-FCI-594) (May 2003) ....51
C.51 Section 8(a) Award Multiple Award Schedule (I-FSS-91) (Oct 2000) ....51
C.52 Contractor Team Arrangements (I-FSS-40) (Jul 2003) ....52
C.53 GSA *Advantage!*™ (I-FSS-597) (SEP 2000) ....52
C.54 Performance Reporting Requirements (I-FSS-50) (Feb 1995) ....52
C.55 Payments by Non-Federal Ordering Activities (GSAR 552.232-81) (May 2003) ....53
C.56 Definition (Federal Supply Schedules) (GSAR 552.238-77) (May 2004) ....53
C.57 Use of Federal Supply Schedule Contracts by Certain Entities – Cooperative Purchasing (GSAR 552.238-79) (May 2004) ....53
C.58 Deliveries Beyond the Contract Period – Placing of Orders (G-FCI-910) (May 2003) ....54
C.59 Re-Representation of Size Status for Option Periods (I-FSS-95) (Jun 2003) ....54
C.60 Defense Priorities and Allocations System Requirements (GSAR 552.211-15) (Sep 2004) ....55
C.61 Marking and Documentation Requirements per Shipment (D-FSS-471) (Apr 1984) ....56
C.62 Delivery Prices (F-FSS-202-F) (Apr 1984) ....56
C.63 English Language and U.S. Dollar Requirements (I-FSS-109) (Mar 1998) ....56
C.64 Contact for Contract Administration (G-FSS-900-C) (JUL 2003) ....57
C.65 Authentication Products and Services (C-FCI-007) (May 2006) ....58

## TABLE OF CONTENTS – CONTINUED


| | | |
|---|---|---|
| D.1 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders – Commercial Items (FAR 52.215-5) (Feb 2006) (Tailored) | 61 |
| E.1 | Instructions to Offerors – Commercial Items (FAR 52.212-1) (Jan 2006) is incorporated herein by reference | 64 |
| E.2 | Period for Acceptance of Offers (A-FSS-12-C) (Nov 1997) | 64 |
| E.3 | Consideration of Offers under Standing Solicitation (A-FSS-11) (Dec 2000) | 64 |
| E.4 | Submission of Offers – Additional Instructions (CI-FCI-2) (Mar 2003) | 64 |
| E.5 | Preparation of Offer (Multiple Award Schedule) (GSAR 552.212-70) (Aug 1997) | 65 |
| E.6 | Requirement for Cost or Pricing Data or Information Other Than Cost or Pricing Data (FAR 52.215-20) (Oct 1997) (Alternate IV – Oct 1997) (Variation I – Sep 1999) | 66 |
| E.7 | Requirement for Cost or Pricing Data or Information Other Than Cost or Pricing Data – Modifications (FAR 52.215-21) (Oct 1997) (Alternate IV – Oct 1997) (Variation I –Aug 1997) | 66 |
| E.8 | Identification of Products that have Environmental Attributes (GSAR 552.238-72) (Sep 2003) | 67 |
| E.9 | Reserved | 68 |
| F.1 | Evaluation – Commercial Items (Multiple Award Schedule) (GSAR 552.212-73) (Aug 1997) | 69 |
| F.2 | Past Performance (F-FCI-003) (Mar 2005) | 69 |
| F.3 | Dealers and Suppliers (I-FCI-644) (Apr 2004) | 69 |
| F.4 | Sales and Service Requirements (F-FCI-004) (Mar 2005) | 69 |
| F.5 | Information Technology (IT) Professional Services – Past Performance/Responsibility Determination (F-FCI-005) (Mar 2005) | 69 |
| F.6 | Goals for Subcontracting Plan (GSAR 552.219-73) (Jun 2005) (Alternate I – Jun 2005) | 70 |
| F.7 | Preaward On-Site Equal Opportunity Compliance Review (FAR 52.222-24) (Feb 1999) | 71 |
| G.1 | Offeror Representations and Certifications – Commercial Items (FAR 52.212-3) (Mar 2005) (Deviation) | 72 |
| G.2 | Trade Agreements (FAR 52.225-5) (Mar 2005) | 76 |
| G.3 | Reserved | 79 |
| G.4 | Commercial Sales Practices Format (CSP-1) | 79 |
| G.5 | Authorized Negotiators (K-FSS-1) (Mar 1998) | 82 |
| G.6 | Contact for Contract Administration (G-FSS-900-C) (Jul 2003) | 82 |
| G.7 | Ordering Information (GSAR 552.216-73) (Sep 1999) (Alternate II – Sep 1999) | 82 |
| G.8 | Contractor's Remittance (Payment) Address (GSAR 552.232-82) (May 2003) | 83 |
| G.9 | Place of Performance (Far 52.215-6) (Oct 1997) | 83 |
| G.10 | Data Universal Numbering System (DUNS) Number (FAR 52.204-6) (Oct 2003) | 84 |
| G.11 | Electronic Format | 84 |

## TABLE OF CONTENTS – CONTINUED

G.12 Exemption from Application of Service Contract Act Provisions for Contracts for Maintenance, Calibration, and/or Repair of Certain Information Technology, Scientific and Medical and/or Office and Business Equipment – Contractor Certifications (FAR 52.222-48) (Aug 1996) ........ 85

G.13 Reserved ........ 85

Attachment I – Guidelines for Format and Content of Federal Supply Service Information Technology Schedule Pricelist ........ 86

Attachment II – Past Performance Evaluation Report by Dun & Bradstreet ........ 140

Attachment III – Guidelines for Developing a Small Business Subcontracting Plan ........ 145

Attachment IV – Checklist for Completion of Solicitation ........ 154

(5) The Contractor may formally print and distribute a Federal Supply Schedule pricelist. Inclusion of incorrect information (electronically or in paper) will cause the Contractor to reprint/resubmit/correct and redistribute the Federal Supply Schedule pricelist, and may constitute sufficient cause for Cancellation, applying the provisions of 52.212-4, Contract Terms and Conditions (paragraph (m), Termination for Cause) [SEE C.1], and application of any other remedies as provided by law-including monetary recovery.

(6) In addition, one copy of the Federal Supply Schedule Pricelist must be submitted to the:

GSA, Federal Supply Service
National Customer Service Center (6FR)
Bldg. #4, 1500 E. Bannister Road
Kansas City, MO 64131-3009
Telephone: 1(800) 488-3111

## C.32 WARRANTY-MULTIPLE AWARD SCHEDULE (GSAR 552.246-73) (MAR 2000) (ALTERNATE I – MAY 2003)

(a) Applicable to domestic locations. Unless specified otherwise in this contract, the Contractor's standard commercial warranty as stated in the Contractor's commercial price list applies to this contract.

(b) Applicable to overseas destinations. Unless specified otherwise in this contract, the Contractor's standard commercial warranty as stated in the commercial price list applies to this contract, except as follows:

(1) The Contractor must provide, at a minimum, a warranty on all non-consumable parts for a period of 90 days from the date that the ordering activity accepts the product.

(2) The Contractor must supply parts and labor required under the warranty provisions free of charge.

(3) The Contractor must bear the transportation costs of returning the products to and from the repair facility, or the costs involved with Contractor personnel traveling to the ordering activity facility for the purpose of repairing the product onsite, during the 90 day warranty period.

## C.33 RESERVED

## C.34 DEFAULT (I-FSS-249-B) (MAY 2000)

In addition to any other clause contained herein related to termination, the following is applicable to orders placed under Federal Supply Schedule contracts.

Any ordering office may, with respect to any one or more orders placed by it under the contract, exercise the same right of termination, acceptance of inferior articles or services, and assessment of excess costs as might the Contracting Officer, except that when failure to deliver articles or services is alleged by the Contractor to be excusable, the determination of whether the failure is excusable shall be made only by the Contracting Officer of the General Services Administration, to whom such allegation shall be referred by the ordering office and from whose determination appeal may be taken as provided in the clause of this contract entitled "Disputes."

## C.35 CANCELLATION (GSAR 552.238-73) (SEP 1999)

Either party may cancel this contract in whole or in part by providing written notice. The cancellation will take effect 30 calendar days after the other party receives the notice of cancellation. If the Contractor elects to cancel this contract, the Government will not reimburse the minimum guarantee.