# In the United States Court of Federal Claims

**No. 06-675 C**

**BEARINGPOINT, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order on Motion to Dismiss, filed April 30, 2007, granting plaintiff's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**April 30, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.