# In the United States Court of Federal Claims

No. 06-675C

(Filed: May 15, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| BEARINGPOINT, INC., | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

**ORDER**

On May 14, 2007, counsel for Defendant filed with the Court a motion for clarification concerning the Court's April 30, 2007 Opinion and Order. Defendant requests that the Court clarify the statement in the last paragraph of the Opinion and Order wherein the Court stated that the "BPA and Task Order 3 therefore still exist and remain in effect."

Defendant is correct in asserting that this statement means only that the BPA and Task Order were not terminated through the affirmative actions of an authorized Government contracting officer. The Court's Order and Opinion does not extend to any issue regarding the merits of whether the BPA or Task Order 3 are still in effect or may have expired for some other reason.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge